UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERIBERTO ARREOLA, an individual, on behalf of himself, and all others similarly situated,<br><br>    Plaintiff,<br>  v.<br>THE FINISH LINE,<br><br>    Defendant. | Case No.: 14-CV-03339-LHK<br><br>ORDER VACATING HEARING |

Before the Court is Plaintiff Arreola's motion to remand, ECF No. 19, and Defendant Finish Line's motion to transfer venue, ECF No. 20, both currently set for hearing on October 30, 2014, at 1:30 p.m. Pursuant to Civil Local Rule 7-1(b), the Court finds these motions appropriate for resolution without oral argument and hereby VACATES the hearing on these motions.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
LUCY H. KOH
United States District Judge