1
2
3                                                              **JS-6**
4
5
6                          **UNITED STATES DISTRICT COURT**
7                          **CENTRAL DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| 9  HERIBERTO ARREOLA, an individual, on behalf of himself, all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>THE FINISH LINE, INC., and DOES 1 through 50, inclusive,<br><br>                Defendants. | CASE NO.  2:15-cv-00171-SJO-PJW<br><br>**ORDER AND JUDGMENT**<br><br>**(1) CONFIRMING CERTIFICATION OF SETTLEMENT CLASSES;**<br><br>**(2) GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**(3) APPROVING CLASS REPRESENTATIVE SERVICE PAYMENT**<br><br>**(4) AWARDING CLASS COUNSEL FEES AND COSTS**<br><br>**(5) APPROVING SETTLEMENT ADMINISTRATOR FEES**<br><br>**(6) APPROVING PAYMENT OF PAGA PENALTIES**<br><br>**(7) ENTERING FINAL JUDGMENT**<br><br>Date:  December 7, 2015<br>Time:  10:00 a.m.<br>Hon.:  S. James Otero<br>Dept.:  Ctrm 1, Second Floor<br>312 N. Spring Street, Los Angeles, CA |

**[Proposed] Order & Judgment Re: Motion for Final Approval of Class Settlement**

As submitted on the record and after due notice, this Court has considered the Motions of Plaintiff Heriberto Arreola for Final Approval of Class Settlement and his Motion for Attorneys' Fees, Costs, and Class Representative Service Payments.

The Court having read and considered the papers on the Motion, the arguments of Counsel, and the law, and good cause appearing therefore,

IT IS ORDERED:

1. The Court has jurisdiction over this action and the Parties' Proposed Settlement under 28. U.S.C. §§ 1332(d) and 1453 pursuant to the Class Action Fairness Act since the amount in controversy exceeds $5,000,000 and because of the complete diversity between Plaintiff and Defendant.

2. For the reasons stated in the Order Granting Preliminary Approval, the Court finds that the action meets all the requirements for class certification, and it is hereby ordered that the Settlement Class is finally approved and certified as a class for purposes of settlement of this action.

3. The Parties' Settlement Agreement (the "Settlement")(attached as Exhibit A to the Motion for Final Approval) is granted final approval as it meets the criteria for final settlement approval. The Settlement falls within the range of possible approval as fair, adequate, and reasonable, and appears to be the product of arm's-length and informed negotiation and to treat all Class Member fairly.

4. The Parties' Notice of Proposed Settlement of Class Action, Conditional Certification of Settlement Classes, Preliminary Approval of Settlement, and Hearing Date for Final Court Approval ("Class Notice) was sufficient to inform Class Members of the terms of the Settlement; their rights under the Settlement; their rights to object to the Settlement; their right to receive a Settlement Share or elect not to participate in the Settlement; the processes for receiving a Settlement Share, electing not to participate in the Settlement or Objection to the Settlement; and the date and location of the final approval hearing. Therefore, the Court finds and determines that the Class Notice was complete and constitutionally sound, because individual notices were mailed to all Class

Members whose identities and addresses are reasonably known to the Parties, and such notice was the best notice practicable.

5. Class Members were provided with the opportunity to comment on, or object to the Settlement, as well as to elect not to participate in the Settlement. No Class Members objected to the Settlement.

6. Rust Consulting is awarded up to $33,000 for their services as Settlement Administrator, pursuant to the terms set forth in the Settlement.

7. Class Representative Heriberto Arreola is awarded $5,000 as a Class Representative service payment pursuant to the terms set forth in the Settlement.

8. Class Counsel is awarded $187,500 or 25% of the gross settlement sum, as attorneys' fees.

9. Class Counsel is awarded $10,662.85 in litigation costs incurred in prosecuting this case.

10. The proposed PAGA penalties of $5,000 ($3,750.00 to the LWDA and $1,250.00 to the Class) are approved.

11. By means of this Final Approval Order, this Court hereby enters final judgment in this action, as defined in Rule 58(a)(1), Federal Rules of Civil Procedure.

12. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement and this Order.

13. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

DATED: _May 23, 2016_____    _____
                                                Hon. S. James Otero

**[Proposed] Order & Judgment Re: Motion for Final Approval of Class Settlement**